## FRANTZ CATOR *v.* COMMISSIONER OF CORRECTION

The petitioner Frantz Cator's petition for certification for appeal from the Appellate Court, 92 Conn. App. 241 (AC 25300), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

*Gerard P. Eisenman*, senior assistant state's attorney, in opposition.

Decided January 4, 2006

## CAROLYN LITTLE *v.* YALE UNIVERSITY

The plaintiff's petition for certification for appeal from the Appellate Court, 92 Conn. App. 232 (AC 25816), is denied.

NORCOTT and PALMER, Js., did not participate in the consideration or decision of this petition.

*John R. Williams*, in support of the petition.

*Patrick M. Noonan* and *Matthew H. Geeland*, in opposition.

Decided January 4, 2006